IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40435
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANIEL BANDA-LOPEZ, also
known as Daniel Lopez-Hernandez,
also known as George Lara,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-00-CR-548-1
--------------------
October 29, 2001

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Daniel
Banda-Lopez has moved for leave to withdraw and has filed a brief
in accordance with Anders v. California, 386 U.S. 738 (1967).
Banda was provided with a copy of counsel's Anders motion and
brief, but he has not filed a response.  Our independent review
of the record and counsel's brief shows that there are no
nonfrivolous issues for appeal.  Accordingly, counsel's motion
for leave to withdraw is GRANTED, counsel is excused from further
responsibilities herein, and this appeal is DISMISSED.  See 5TH
CIR. R. 42.2.

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.